UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:14-cr-00044-LRH-WGC |
| Plaintiff, | ORDER |
| v. | |
| KEVIN HORTIZUELA aka K-9, | |
| Defendant. | |

The defendant, Kevin Hortizuela, pleaded guilty to Count 2: Use of a Communication Device in the Commission of a Felony Under the Controlled Substances Act, in violation of 21 U.S.C. § 843(b), and punishable by 21 U.S.C. § 843(d)(1) and received a maximum term of four years of custody. At the time of sentencing, the court was mistakenly under the impression that this offense allowed for a three-year term of supervised release. Upon reflection, it appears that the maximum term of supervised release is one year pursuant to 18 U.S.C. § 3583(b)(3) because the offense of conviction is classified as a class E felony, in accord with 18 U.S.C. § 3559(a)(5). Accordingly, a one-year term of supervised release is the term allowed under the Sentencing Guidelines provision, USSG § 5D1.3(a)(3).

It appearing that the court was mistaken in imposing a three-year term of supervised release because defendant Hortizuela cannot be subject to a term of more than one year of supervised release, his sentence is hereby modified accordingly to one year.

1

Subject to this modification, all other terms and conditions of supervised release imposed by the court at sentencing on November 16, 2017, shall continue during defendant Hortizuela's one year of supervised release.

IT IS SO ORDERED.

DATED this 28th day of November, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE